# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**ANDREW CLINTON CRUSE**                                                   **PETITIONER**

**v.**                                          No. 4:19CV163-MPM-JMV

**WENDEL BANKS, ET AL.**                                               **RESPONDENTS**

## ORDER SETTING DEADLINE OF 21 DAYS FOR PETITIONER
## TO FILE THE COMPLETED FORM PETITION FOR A
## WRIT OF *HABEAS CORPUS*

Mr. Cruse, who is proceeding *pro se* in this matter, has filed several documents with the court which he styles either as a petition for a writ of *habeas corpus* or memoranda in support of the petition. He has not, however, used the form the court provides for seeking federal *habeas corpus* relief, and his submissions to the court are inadequate for the court to proceed with this case. As such, the petitioner is **ORDERED** to file with the court – within 21 days from the date of this order – a completed and signed petition on the proper form. *Failure to do so by the appointed time will result in the dismissal of this case without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with an order of the court.* The Clerk of the Court is **DIRECTED** to provide the petitioner with the court's form for seeking *habeas corpus* relief under 28 U.S.C. § 2254.

**SO ORDERED**, this, the 8th day of January, 2020.

                                                      /s/ Jane M. Virden
                                                      UNITED STATES MAGISTRATE JUDGE