IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREW CLINTON CRUSE**                                                  **PETITIONER**

v.                                                             No. 4:19CV163-MPM-JMV

**WENDEL BANKS, ET AL.**                                                **RESPONDENTS**

**ORDER GRANTING PETITIONER'S MOTIONS [10], [15]
TO PROCEED *IN FORMA PAUPERIS* AND
DIRECTING STATE TO RESPOND**

Andrew Clinton Cruse has filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 and seeks[10], [15] to proceed *in forma pauperis*. It is **ORDERED:**

1. That the petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.

2. No later than July 21, 2020, the respondent, through the Attorney General of the State of Mississippi, must file his answer to this petition, along with full transcripts of all proceedings in the state courts of Mississippi arising from the charges of kidnapping, aggravated assault, forcible sexual intercouse against petitioner in the Circuit Court of Harrison County, Mississippi (to the extent such transcripts are relevant to the State's response).

3. Within 14 days of service upon him of a copy of respondent's answer, petitioner may file his traverse or reply to the allegations contained in such answer.

4. The clerk of this court will serve by email (Return Receipt, High Importance) a copy of the petition, this order, acknowledgment of service of process form, and any other initial filings, upon Jim Hood, Attorney General of the State of Mississippi, or his lawful successor, to Assistant Attorneys General Jerrolyn Owens and Bridgette Grant. The respondent must electronically file the completed acknowledgment of service of process form upon receipt.

Petitioner is warned that failure to keep this court informed of his current address could also lead to dismissal of his lawsuit.

**SO ORDERED**, this, the 7th day of May, 2020.

/s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE