IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREW CLINTON CRUSE**     **PETITIONER**

**v.**     **No. 4:19CV163-MPM-JMV**

**WENDEL BANKS, ET AL.**     **RESPONDENTS**

**ORDER DENYING PETITIONER'S MOTION [17]
FOR EXTRAORDINARY RELIEF**

This matter comes before the court on the Motion [17] for Extraordinary Relief. The petitioner argues that the actions by the court and the Mississippi Department of Corrections regarding the pandemic virus ("COVID-19") has "interrupted" this case. He would like for his case to advance. However, the court has granted the petitioner's request to proceed as a pauper and has set a deadline of July 21, 2020, for the State to respond to the instant petition. The case is moving forward. As such, the instant motion [17] is **DENIED**.

**SO ORDERED**, this, the 7th day of May, 2020.

/s/ **MICHAEL P. MILLS**
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI