IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREW CLINTON CRUSE** **PETITIONER**

**v.** **No. 4:19CV163-MPM-JMV**

**WENDEL BANKS, ET AL.** **RESPONDENTS**

### ORDER DENYING PETITIONER'S MOTION [41] TO EXPAND THE RECORD

This matter comes before the court on the request by the *pro se* prisoner petitioner to expand the record in this case filed under 28 U.S.C. § 2254. In a § 2254 proceeding, a judge has the discretion to require the parties to expand the record as necessary and, if good cause is shown, authorize limited discovery. *Rules Governing Section 2254 Proceedings,* Rules 6–7. This case is fully briefed, and the proposed exhibits may be found in the record currently before the court. As such, the instant motion is **DENIED**. If the court believes expansion of the record becomes necessary, it will issue an order to that effect *sua sponte*.

**SO ORDERED**, this, the 11th day of February, 2021.

/s/ MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI