IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREW CLINTON CRUSE**                                                                   **PETITIONER**

v.                                                           No. 4:19CV163-MPM-JMV

**WENDEL BANKS, ET AL.**                                                     **RESPONDENTS**

ORDER DENYING PETITIONER'S MOTION
FOR RECONSIDERATION

      This matter comes before the court on the petitioner's motion for reconsideration of the court's order [43] denying his motion [41] to expand the record. Interlocutory orders, such as the present one, are subject to the complete power of the court rendering them to afford such relief from them as justice requires. 7 Moore's Federal Practice ¶ 60.20 at 60–170 (2d ed. 1985). In this instance, the plaintiff's arguments are unpersuasive, and the court's previous ruling will stand. As such, the petitioner's request for reconsideration is **DENIED**.

      **SO ORDERED**, this, the 20th day of April, 2021.

                                                                  /s/ MICHAEL P. MILLS
                                                                   UNITED STATES DISTRICT COURT
                                                                   NORTHERN DISTRICT OF MISSISSIPPI