IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**ANDREW CLINTON CRUSE**                                                **PETITIONER**

**v.**                                                                                   **No. 4:19CV163-MPM-JMV**

**WENDEL BANKS, ET AL.**                                             **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 1st day of December, 2021.

                                                                      **/s/ Michael P. Mills**
                                                                      **SENIOR U.S. DISTRICT JUDGE**
                                                                      **NORTHERN DISTRICT OF MISSISSIPPI**